IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DEMETRIUS NELLUM | § | |
| VS. | § | CIVIL ACTION NO. 9:21cv256 |
| JOSEPH B. FOXWORTH | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Demetrius Nellum, an inmate confined at the Michael Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above-styled civil rights lawsuit. This lawsuit was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

## Discusion

Plaintiff has filed a motion (doc. no. 26) seeking a default judgment. He asserts the defendant failed to timely file an answer.

An Order to Answer was entered on June 8, 2023. The Order gave the defendant 40 days to respond to plaintiff's claims. This period of time expired on July 18. The defendant filed an Answer on July 18. As a result, the Answer was filed within the period of time established by the court. The defendant is therefore not in default and the motion for a default judgment should be denied.

## Recommendation

Plaintiff's motion for default judgment should be denied.

## Objections

Within 14 days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to timely file specific written objections to the proposed findings of facts, conclusions of law and recommendations contained herein within 14 days after service shall bar an aggrieved party from *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1429 (5th Cir. 1996) *(en banc)*.

SIGNED this 15th day of March, 2024.

_____
Zack Hawthorn
United States Magistrate Judge